IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN HODINKA, RICK LACEY, NANCY RICCA, and RUDY RICCA, Plaintiffs, <br><br> v. <br><br> DELAWARE COUNTY, a/k/a COUNTY OF DELAWARE, BOARD AND BUREAU OF ELECTIONS OF DELAWARE COUNTY, LAUREEN HAGAN, individually and in her official capacity as Chief Clerk of the Bureau of Elections of Delaware County, JOSEPH F. McGINN, individually and in his official capacity as SHERIFF OF DELAWARE COUNTY, and LT. DOMINIC SQUILLACE and SHERIFF'S DEPUTIES COLIN PATRICK, AL GOLDSTEIN, GREG PRICE, BARTON ROBINSON, TOM McAULIFFE, and KEVIN SCANLON, individually and in their official capacities, Defendants. | CIVIL ACTION <br><br> NO. 08-5663 |

## ORDER

AND NOW, this 7th day of January, 2011, upon consideration of defendants' Motion for Summary Judgment (Doc. No. 22, filed January 19, 2010), plaintiffs' Reply to Defendants' Motion for Summary Judgment (Doc. No. 36, filed March 12, 2010), plaintiffs' Motion for Summary Judgment (Doc. No. 34, filed February 1, 2010), defendants' Response to Plaintiffs' Motion for Summary Judgment (Doc. No. 35, filed March 12, 2010), and plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Summary Judgment (Doc. No. 37, filed March 31, 2010), for the reasons set forth in the Memorandum dated January 7, 2011, **IT IS ORDERED** as follows:

1. Plaintiffs' Motion for Summary Judgment is **DENIED**;

2. Defendants' Motion for Summary Judgment is **GRANTED** as to Delaware County, the Board of Elections of Delaware County, the Bureau of Elections of Delaware County, Laureen Hagan individually and in her official capacity as Chief Clerk of the Bureau of Elections of Delaware County, and Joseph F. McGinn individually and in his official capacity as Sheriff of Delaware County; and

3. Defendants' Motion for Summary Judgment is **DENIED** as to Lt. Dominic Squillace and Sheriff's Deputies Colin Patrick, Al Goldsein, Greg Price, Barton Robinson, Tom McAuliffe, and Kevin Scanlon, individually and in their official capacities.

**BY THE COURT:**

JAN E. DuBOIS, J.